

**Driving progress through partnership**

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Samuel Kadosh**
Direct Phone:  +1 212 549 0451
Email:  skadosh@reedsmith.com

May 21, 2019

**Via ECF and U.S. First Class Mail**
Honorable William F. Kuntz II
United States District Court
for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   *Bret A. Evans v. Select Portfolio Servicing, Inc., et al.* **Case No: 2:18-cv-05985-WFK-SMG**

Dear Judge Kuntz:

I represent Select Portfolio Servicing, Inc. ("SPS") and U.S. Bank, N.A., as Trustee for the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-through Certificates, Series 2006-WMC4 ("U.S. Bank") (together "Defendants") in the above entitled action.  I write to respectfully request that my colleague, Raymond Y. Kim, Esq., be allowed to appear by telephone at the scheduled June 6, 2019 Pre-Motion Conference at 12:00 p.m.  Mr. Kim is counsel with me for SPS and U.S Bank, and has been admitted *pro hac vice*.  He is licensed and resides in California.  In order to preserve our client's resources in this matter, we respectfully request that Mr. Kim be allowed to appear at this hearing via telephone, as I will already be attending in person on behalf of Defendants.

Plaintiff's counsel does not object to this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Samuel Kadosh

cc:    Counsel of record