

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

June 17, 2020

Rachel Geman
Partner
rgeman@lchb.com

**VIA ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 4F
Brooklyn, New York 11201

      Re: *Evans v. SPS, Inc., et al.*, Case No. 2:18-cv-05985-PKC-SMG

Dear Judge Chen:

      We represent Plaintiffs and the Proposed Class. We write to request that the Court or a Magistrate Judge hold an initial case management conference in the above-referenced matter. While the Defendants' motions to dismiss are pending (*see* Dkt Nos. 41-49[1]), Plaintiffs respectfully submit that a telephonic conference will facilitate the case's progression nonetheless.

      Respectfully submitted,

Rachel Geman

RG/wp

cc: All Counsel of Record (via e-mail)

2000910.1

---

[1] The parties also filed requests for judicial notice in connection with the briefing.