AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of New York

BRET A. EVANS, et al.
        Plaintiff (s),
V.
SELECT PORTFOLIO SERVICING, INC., et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-cv-05985-PKC-SM

Notice is hereby given that, subject to approval by the court, **Select Portfolio Servicing, Inc.** (Party (s) Name) substitutes **Christine Walz, Holland & Knight LLP** (Name of New Attorney), State Bar No. **5466172** as counsel of record in place of **Samuel Kadosh, Reed Smith LLP** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Holland & Knight LLP |
| Address: | 31 West 52nd Street New York, New York 10019 |
| Telephone: | (212) 513-3200         Facsimile  (212) 385-9010 |
| E-Mail (Optional): | christine.walz@hklaw.com |

I consent to the above substitution.
Date: 10/21/2020

*Sam Kadosh* / Jason Miller
Jason Miller
(Signature of Party (s))

I consent to being substituted.
Date: 10/21/2020

Samuel Kadosh
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/23/2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                    _____
                                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]