UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
BRET A. EVANS and LISA DESIMONE,
*on behalf of themselves and all others similarly situated*,

Plaintiffs,

- against -

SELECT PORTFOLIO SERVICING, INC.,

Defendant.
-----------------------------------------------------x

**ORDER CERTIFYING CLASSES**
18-CV-5985 (PKC) (RML)

PAMELA K. CHEN, United States District Judge:

In accordance with the findings and conclusions stated on the record at the Motion Hearing on September 1, 2026, it is hereby ORDERED that Civil Action No. 18-CV-5985 (PKC) (RML), styled *Evans v. Select Portfolio Servicing, Inc.*, shall be maintained as a class action on behalf of the following classes of plaintiffs (collectively, the "Classes") and with respect to the following causes of action:

## I. Nationwide Fair Debt Collection Practices Act ("FDCPA") Class

*Class Definition:*

All persons (1) with a residential mortgage loan securing a property in the United States serviced or subserviced by Defendant Select Portfolio Servicing, Inc. ("SPS"); (2) with mortgage or deed of trust agreements incorporating standard uniform covenants from Fannie Mae/Freddie Mac or the Federal Housing Administration ("FHA"); (3) whose loans were in default when SPS began servicing or subservicing the loan; and (4) who paid an inspection fee added to their loan by SPS since October 25, 2017: (a) in an amount greater than the cost of the inspections charged by inspection vendors Safeguard and ServiceLink; (b) when the inspection of the property resulting in the inspection fee did not conclude the home was Vacant or Abandoned; and/or (c) when an inspection fee was charged within 30 days of SPS's Account Notes reflecting contact with or from the borrower (including a promise to pay). Loans will be deemed in default when SPS began servicing or subservicing when either: (1) SPS assigned the loan a Loan Status code

"DELQ" or "FC" when it commenced servicing, or (2) SPS sent letters to the borrowers asserting default within 30-days of SPS commencing servicing.

*Cause of Action*:

Any claim for actual and statutory damages, in addition to attorneys' fees and expenses, under the FDCPA, 15 U.S.C. §§ 1692e and 1692f, premised upon alleged unlawful inspection fees charged by SPS on or after October 25, 2017.

## II. Nationwide Breach of Contract Class

*Class Definition:*

All persons (1) with a residential mortgage loan securing a property in the United States serviced or subserviced by SPS; (2) with mortgage or deed of trust instruments incorporating standard uniform covenants from Fannie Mae/Freddie Mac or the FHA; (3) who paid an inspection fee added to their loan by SPS during the applicable statutes of limitations (set forth in Exhibit A) calculated from November 16, 2022 when the loan did not have a SPS loan status code of "DELQ" or "FC": (a) in an amount greater than the cost of the inspections charged by inspection vendors Safeguard and ServiceLink; (b) when the inspection of the property resulting in the inspection fee did not conclude the home was Vacant or Abandoned; and/or (c) when an inspection fee was charged within 30 days of SPS's Account Notes reflecting contact with or from the borrower (including a promise to pay).

*Cause of Action*:

Any claim for damages for breach of contract premised upon inspection fees charged in alleged violation of the terms of the class members' mortgage or deed of trust instrument(s) charged by SPS on or after the commencement of the applicable statute of limitations, determined by the state in which the property is located, as set forth in Exhibit A to this Order.

## III. Alternative Multi-State Good Faith and Fair Dealing ("GFFD") Contract Class

*Class Definition:*

All persons (1) with a residential mortgage loan securing a property in the "GFFD States" serviced or subserviced by SPS; (2) with mortgage or deed of trust instruments incorporating standard uniform covenants from Fannie Mae/Freddie Mac or the FHA; (3) who paid an inspection fee added to their loan by SPS during the applicable statutes of limitations (set forth in Exhibit B) calculated from November 16, 2022 when the loan did not have a SPS loan status code of "DELQ" or "FC": (a) in an amount greater than the cost of the inspections charged by inspection vendors Safeguard and ServiceLink; (b) when the inspection of the property resulting in the inspection fee did not conclude the home was Vacant or Abandoned; and/or (c) when an inspection fee was charged within 30 days of SPS's

Account Notes reflecting contact with or from the borrower (including a promise to pay). The GFFD States are New York, Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Idaho, Kansas, Maryland, Massachusetts, Minnesota, Mississippi, Missouri, New Jersey, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the District of Columbia.

*Cause of Action*:

In the event plaintiffs do not prevail on their claim for breach of contract with respect to the Nationwide Breach of Contract Class, any claim for damages for violation of the implied covenants of good faith and fair dealing premised upon inspection fees in alleged violation of the class members' mortgage or deed of trust instrument(s) charged by SPS on or after the applicable statute of limitations, determined by the state in which the property is located, as set forth in Exhibit B to this Order.

* * *

The Classes exclude (i) SPS's officers, directors, employees, and agents as well as any outside counsel in this litigation; (ii) any judge to whom this case is assigned, along with his or her staff; and (iii) immediate family of any individual excluded by (i) or (ii).

Subject to further order of the Court, (1) Plaintiff Lisa DeSimone is designated as class representative for the Classes, and (2) Catherine E. Anderson of Giskan Solotaroff & Anderson LLP; Rachel Geman of Lieff Cabraser Heimann & Bernstein, LLP; and Joseph S. Tusa of Tusa P.C. are designated as co-lead class counsel for the Classes.

The deadline for class counsel to provide notice to class members is adjourned *sine die* pending resolution of the motion for class certification in the related case *Snowden v. Select Portfolio Servicing, Inc.*, No. 20-CV-3837 (PKC) (TAM) (E.D.N.Y. June 26, 2026), Dkt. No. 168.

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: September 3, 2026
Brooklyn, New York

## EXHIBIT A

| Nationwide Breach of Contract Class State | Statute of Limitations Date |
|---|---|
| Alabama | November 16, 2016 |
| Alaska | November 16, 2019 |
| Arizona | November 16, 2016 |
| Arkansas | November 16, 2017 |
| California | November 16, 2018 |
| Colorado | November 16, 2019 |
| Connecticut | November 16, 2016 |
| Delaware | November 16, 2019 |
| Florida | November 16, 2017 |
| Georgia | November 16, 2016 |
| Hawaii | November 16, 2016 |
| Idaho | November 16, 2017 |
| Illinois | November 16, 2012 |
| Indiana | November 16, 2012 |
| Iowa | November 16, 2012 |
| Kansas | November 16, 2017 |
| Kentucky | November 16, 2007 if executed on or before July 15, 2014; November 16, 2012 if executed after July 15, 2014 |
| Louisiana | November 16, 2012 |
| Maine | November 16, 2016 |
| Maryland | November 16, 2019 |
| Massachusetts | November 16, 2016 |
| Michigan | November 16, 2012 |
| Minnesota | November 16, 2016 |
| Mississippi | November 16, 2019 |
| Missouri | November 16, 2017 |
| Montana | November 16, 2016 |
| Nebraska | November 16, 2017 |
| Nevada | November 16, 2016 |
| New Hampshire | November 16, 2019 |
| New Jersey | November 16, 2016 |
| New Mexico | November 16, 2016 |
| New York | November 16, 2016 |
| North Carolina | November 16, 2019 |
| North Dakota | November 16, 2012 |
| Ohio | November 16, 2014 if executed on or before June 14, 2021; November 16, 2016 if executed after June 14, 2021 |
| Oklahoma | November 16, 2017 |
| Oregon | November 16, 2016 |
| Pennsylvania | November 16, 2018 |
| Rhode Island | November 16, 2012 |

| Nationwide Breach of Contract Class State | Statute of Limitations Date |
|---|---|
| South Carolina | November 16, 2019 |
| South Dakota | November 16, 2016 |
| Tennessee | November 16, 2016 |
| Texas | November 16, 2018 |
| Utah | November 16, 2016 |
| Vermont | November 16, 2016 |
| Virginia | November 16, 2017 |
| Washington | November 16, 2016 |
| West Virginia | November 16, 2012 |
| Wisconsin | November 16, 2016 |
| Wyoming | November 16, 2012 |
| District of Columbia | November 16, 2019 |
| Guam | November 16, 2018 |
| Puerto Rico | November 16, 2018 |
| US Virgin Islands | November 16, 2016 |

**EXHIBIT B**

| Alternative Multi-State GFFD Contract Class State | Statute of Limitations Date |
|---|---|
| Arizona | November 16, 2016 |
| California | November 16, 2018 |
| Colorado | November 16, 2019 |
| Connecticut | November 16, 2016 |
| Delaware | November 16, 2019 |
| Hawaii | November 16, 2016 |
| Idaho | November 16, 2017 |
| Kansas | November 16, 2017 |
| Maryland | November 16, 2019 |
| Massachusetts | November 16, 2016 |
| Minnesota | November 16, 2016 |
| Mississippi | November 16, 2019 |
| Missouri | November 16, 2017 |
| New Jersey | November 16, 2016 |
| New York | November 16, 2016 |
| Oregon | November 16, 2016 |
| Pennsylvania | November 16, 2018 |
| Rhode Island | November 16, 2012 |
| South Carolina | November 16, 2019 |
| South Dakota | November 16, 2016 |
| Tennessee | November 16, 2016 |
| Utah | November 16, 2016 |
| Vermont | November 16, 2016 |
| Virginia | November 16, 2017 |
| Washington | November 16, 2016 |
| West Virginia | November 16, 2012 |
| Wisconsin | November 16, 2016 |
| Wyoming | November 16, 2012 |
| District of Columbia | November 16, 2019 |